GREGORY A. BEELER
P.O. Box E, Tri-Cities, WA 99302-2020
Telephone: (509) 547-5000
Fax (509) 547-4321

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:                                    )
                                          ) CASE NO. 03-04374
Northrup, Marcelene                       )
                                          ) TENDER OF DIVIDENDS
           Debtor.                        )
_____)

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith the sum of $1.68, being dividends of less than Five Dollars ($5.00), which is payable to the following creditors in the amount designated opposite the name:

| NAME | ADDRESS | AMOUNT |
|---|---|---|
| B-Real, LLC | MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $1.68 |

This tender is made in accordance with the requirements of BR 3010.

DATED this 22nd day of July, 2010.

_____
GREGORY A. BEELER, Trustee

Receipt 4874741        7-23-10

The Law Offices of
*Gregory A. Beeler*
120 S. Fifth Street
Pasco, Washington 99301
(509) 547-5000

$1.68